NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax:(907) 271-1500
Email: bryan.schroder@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIGUEL NAZARIO-ACOSTA, ) | Case No. 3:00-CV-00354-JKS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | SATISFACTION OF JUDGMENT |
| ) | |
| JOHN E. POTTER, Postmaster ) | |
| General, ) | |
| ) | |
| Defendant. ) | |

Defendant, John E. Potter, Postmaster General, through the United States Attorney for the District of Alaska, states that the Judgment in a Civil Case for costs entered in the above-captioned matter on July 10, 2003 at Docket 190 is satisfied. The Clerk of the United States District Court for the District of Alaska is hereby authorized and empowered to satisfy and cancel said judgment of record.

Defendant hereby authorizes removal of the judgment lien recorded in the Palmer Recording District on October 5, 2005 as Number 2005-027999-0

DATED this 30<u>th</u> day July 2008.

          NELSON P. COHEN
          United States Attorney


          <u>s/Bryan Schroder</u>
          Bryan Schroder
          Assistant U.S. Attorney
          222 West 7th Avenue, #9, Room 253
          Anchorage, Alaska 99513-7567
          Phone: (907) 271-5071
          Fax:(907) 271-1500
          Email: <u>bryan.schroder@usdoj.gov</u>
          Alaska Bar No. 0702003

I declare under penalty of perjury that a true and correct copy of the foregoing Satisfaction of Judgment was served on Miguel Nazario-Acosta at 400 E. Glenwood Avenue, G8, Wasilla, AK 99654 by first class mail on July 30, 2008.

<u>s/Bryan Schroder</u>